AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Minnewawa, Inc.,  )<br>*Plaintiff*  )<br>v.  )<br>Doyle Hamilton Stansell, Jr., d/b/a The Duke  )<br>Stansell Company; Joseph Lee Stansell, d/b/a The  )<br>Duke Stansell Company  )<br>*Defendant*  | Civil Action No.   6:16-cv-02717-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Minnewawa Inc. recover from the defendants, jointly and severally, Doyle Hamilton Stansell, Jr. And Joseph Lee Stansell, in the amount of Three Hundred, Seventy-Four Thousand, Twenty-Seven dollars and 55/100 ($374,027.55).

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❒ other:

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable  Mary Geiger Lewis.

Date:   February 23, 2017                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Ashley Buckingham
                                                                              *Signature of Clerk or Deputy Clerk*